UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM MCKOBY,

                Plaintiff,

  v.

JOSEPH R BIDEN, JR,

                Defendant.

CASE NO. C2:22-cv-01461 JLR

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to District Judge James L. Robart.

DATED this 19th day of October, 2022.

                                  BRIAN A. TSUCHIDA
                                  United States Magistrate Judge