UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MCKOBY,<br><br>           Plaintiff,<br><br>     v.<br><br>JOSEPH R. BIDEN, JR.,<br><br>           Defendant. | CASE NO. C22-1461JLR<br><br>ORDER DISMISSING ACTION |

On October 20, 2022, the court issued an order dismissing Plaintiff William McKoby's complaint without prejudice and with leave to amend. (*See* 10/20/22 Order (Dkt. # 6).) The court granted Mr. McKoby leave to file an amended complaint that cured the deficiencies identified in its October 20, 2022 order by no later than November 7, 2022. (*Id.* at 5-6.) The court warned Mr. McKoby that if he failed to timely file an amended complaint, the court would dismiss his complaint without further leave to amend. (*Id.* at 5.) Mr. McKoby has failed to file an amended complaint by the

ORDER - 1

November 7, 2022 deadline. (*See generally* Dkt.) Accordingly, the court DISMISSES Mr. McKoby's complaint without further leave to amend and with prejudice.

Dated this 8th day of November, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2